ACCEPTED
01-15-00412-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/24/2015 4:56:15 PM
CHRISTOPHER PRINE
CLERK

## IN THE COURT OF APPEALS
## FOR THE
## FIRST COURT OF APPEALS DISTRICT

**DEBEYON PATRICE YOUNG**
        **APPELLANT**

**VS.**

**THE STATE OF TEXAS**
        **APPELLEE**

§
§
§
§
§
§

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/24/2015 4:56:15 PM
CHRISTOPHER A. PRINE
Clerk

**CASE NO. 01-15-0412-CR**

## MOTION FOR EXTENSION OF
## TIME TO FILE APPELLANT'S BRIEF

### TO THE HONORABLE COURT OF APPEALS:

Jerome Godinich, Jr., counsel for appellant, Debeyon Young makes this motion per Rule 73 and 74(n) of the Texas Rules of Appellate Procedure and moves this Court for an extension of time to file appellant's brief. In support of this motion, appellant shows:

### I.

Jurisdiction of this Court is invoked under Tex. R. App.P. 73(a), as an appeal from a conviction entered by the 208th District Court of Harris County and styled, The State of Texas v. Debeyon Patrice Young, in cause no. 1388619.

### II.

The court's record has been filed. Counsel has requested a previous extension of time to file appellant's brief.

### III.

The Texas Rules of Appellate Procedure provide that this Court may grant a request for an extension of time to file appellant's brief, upon a showing of a reasonable explanation of the need for time. Tex. R. App. 73(n).

IV.

Counsel for appellant has been required to attend to numerous cases in and out of the courtroom which required a great deal of attention.

Counsel has recently completed appellant's brief in State of Texas v. Nseabasi Samuel Williams, case no. 1455282.

The requested extension of time in which to file appellant's brief is necessary to adequately represent appellant by insuring that counsel has fully researched the law and issues applicable to this appeal. This motion is not frivolous nor filed for the purpose of delay but is filed so that the interests of justice may be served and that no rights and privileges of appellant are harmed and prejudiced but are adequately protected.

## PRAYER

Counsel for appellant prays the Court to grant permission for a ten (10) day extension of time to file appellant's brief beyond the filing date of this motion.

Respectfully submitted,

Jerome Godinich Jr.
State Bar No. 08054700
917 Franklin, Suite 320
Houston, Texas 77002
(713) 237-8388

# AFFIDAVIT

**THE STATE OF TEXAS**

**COUNTY OF HARRIS**

BEFORE ME, the undersigned Notary Public on this day personally appeared

Jerome Godinich, Jr., who being by me duly sworn on his oath and deposed and said that

he is duly qualified and authorized to make this affidavit; that he is a party to this case; that

he has read the foregoing Motion For An Extension of Time for Filing Appellant's Brief

and that the following statements contained therein are within his knowledge and are true

and correct.

_____
Jerome Godinich Jr.

Sworn to and Subscribed before me on this 24th day of November 2015.

_____
Notary Public in and for
The State of Texas

GLORIA PESINA POA
My Commission Expires
April 9, 2019

**CERTIFICATE OF SERVICE**

This is to certify that on this the 24th day of November, 2015 a true and correct copy of the foregoing was forwarded to all counsel of record pursuant to Rules 72 and 21a of the Texas Rules of Procedure.

_____
Jerome Godinich Jr.

# IN THE COURT OF APPEALS
## FOR THE
### FIRST COURT OF APPEALS DISTRICT

DEBEYON PATRICE YOUNG      §

        APPELLANT       §

VS.                       §

                        §        CASE NO. 01-15-0412-CR

THE STATE OF TEXAS       §

        APPELLEE        §

### ORDER FOR GRANTING MOTION FOR AN
### EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

Today the Court considered Appellant's Motion for An Extension of Time to file Appellant's Brief. After a review of the motion and finding a showing of a reasonable explanation of the need for time, the Court grants the motion.

The Clerk of the Court of Appeals for the First Supreme Judicial District is directed to issue notice to counsel to both the appellant and the State of Texas of this Court's order granting the extension of time in which to file appellant's brief.

**THUS SIGNED AND ENTERED OF RECORD,** on this the ___ day of _____, 2015.

 

 

                                _____

                                JUDGE OF THE COURT OF APPEALS FOR
                                THE FIRST COURT OF APPEALS